# Exhibit 2

| US7613919B2 | Datto ("The accused instrumentality") |
|---|---|
| 13. At a service provider in a computerized environment that includes a client, a service provider, and an authentication service, a method of the service provider authenticating the client through a one-time password previously exchanged between the authentication service and the client, the method comprising the service provider performing acts of: | The accused instrumentality discloses, at a service provider (e.g., the accused instrumentality) in a computerized environment that includes a client (e.g., a user of the accused instrumentality), a service provider (e.g., the accused instrumentality), and an authentication service (e.g., a multi-factor authentication service), a method of the service provider (e.g., the accused instrumentality) authenticating the client (e.g., a user of the accused instrumentality) through a one-time password (e.g., secure key) previously exchanged between the authentication service (e.g., a multi-factor authentication service) and the client (e.g., a user of the accused instrumentality).<br><br>The accused instrumentality allows a user to create its account on the platform of the accused instrumentality. It implements two-factor authentication for secure access to the user account. The two-factor authentication process requires a client such as Datto partner portal, etc., a service provider, an authenticator app and an authentication service. |



https://www.datto.com/



https://auth.datto.com/login

# Two-factor authentication



⌄ Security and navigation

## About two-factor authentication

Two-factor authentication (2FA) is a security process in which a second level of authentication is added to the account login credentials. Both factors of authentication must be used and must be entered correctly in order to establish the person's identity beyond doubt. The two factors may include the following:

- Something that the user possesses, such as a token, card, or key.
- Something that the user knows, such as an email address, password, or PIN.
- Something that is inseparable from the user, such as fingerprint, iris, or voice identification.

https://rmm.datto.com/help/en/Content/3NEWUI/Setup/TwoFactorAuthentication.htm

## Requirements

- 2FA requires login credentials (email and password) and a one-time password (OTP) issued by a 2FA token-generating application.
- A 2FA token-generating application such as Google Authenticator (Android and iOS) must be installed on your smartphone or tablet.

https://rmm.datto.com/help/en/Content/3NEWUI/Setup/TwoFactorAuthentication.htm

Set up 2FA

1. Navigate to **Setup > My Settings**.
2. Click the **View in Partner Portal** button in the upper-right corner of the **My Settings** page. The **User Settings** page in Datto Partner Portal will open.



3. In the **Two-Factor Authentication** section, click **Configure**.

https://rmm.datto.com/help/en/Content/3NEWUI/Setup/TwoFactorAuthentication.htm

The accused instrumentality induces use of an authenticator app for the two-factor authentication.

3. In the **Two-Factor Authentication** section, click **Configure**.

4. From the list of default options in the **Choose your authenticator app** drop-down menu, select the third-party authenticator app of your choice or **Other**. If you select **Other**, enter the name of the app in the **Authenticator** field that appears.

5. Use the app you selected to scan the QR code shown on the page.



6. In the **Verification Code** field, enter the verification code the app provides.

7. When finished with the 2FA setup, click **Enable 2FA**.

8. You will receive a message confirming the authenticator was configured successfully.

9. To confirm 2FA has been set up correctly, log out of Datto RMM and log back in. Once you have entered your credentials, you will see a page asking for the 2FA token that your app will generate. Enter the token and click **Authenticate**.

https://rmm.datto.com/help/en/Content/3NEWUI/Setup/TwoFactorAuthentication.htm



https://rmm.datto.com/help/en/Content/3NEWUI/Setup/TwoFactorAuthentication.htm

As shown below, when the user registers for two-factor authentication, the accused instrumentality, i.e., the service provider, requests an authentication service to register the user using its information such as email, phone number, etc. The authentication service registers the user and generates an identifier (e.g., authentication service identifier) and a URI with a secure key (e.g., one-time password). The authentication service stores the secure key along with the identifier (e.g., authentication service identifier) generated for the user. The user stores the secure key received through the URI, using an authenticator application.

Further, when the user wants to log in to the platform of the accused instrumentality, i.e., the service provider, it provides an authentication code derived from the secure key (e.g., one-

time password) along with its login credentials. The service provider verifies the login credentials and forwards the authentication code to the authentication service. The authentication service checks the authentication code derived from the secure key and verifies it against the stored secure key for the user. The authentication service informs the service provider of the validation results, and upon confirmation, provides the identifier (e.g., authentication service identifier) stored for the user. The service provider, upon receiving the confirmation response, grants access to the user.



https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c



https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c

- **Authentication Server:** Manages user accounts and validates credentials

- **TOTP Generator Service:** Handles time-based code generation and validation

- **Client Application:** Simulates the authenticator app experience

- **Database Layer:** Stores user data and connection information securely

https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c

**User Registration and Secret Generation**

When a user creates an account, several important security measures are put in place:

```
var realUser = new User
{
    Email = user.Email,
    Password = user.Password,
    Name = user.Name,
    ActivationKey = Base32Encoding.ToString(KeyGeneration.GenerateRandomKey(20))
    Active = 1,
    SignedIn = 0,
    SignedInValidated = 0
};
```

client moniker

Password

The `ActivationKey` is the cornerstone of our 2FA system. This randomly generated 20-byte key serves as the shared secret between our server and the user's authenticator app. Both sides use this same key to generate identical TOTP codes, ensuring synchronization.

https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c



Creating a new connection

https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c



Stage 1 - User enables two-step authentication service

https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-authenticators-work/

## Stage 1

Steps 1 and 2: Bob opens the web page to enable two-step verification. The front end requests a secret key. The authentication service generates the secret key for Bob and stores it in the database.

Step 3: The authentication service returns a URI to the frontend. The URI is composed of a key issuer, username, and secret key. The URI is displayed in the form of a QR code on the web page.

https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-

| | |
|---|---|
| | authenticators-work/ <br><br> **Stage 2** <br><br> Steps 1 and 2: Bob wants to log into a website with Google two-step verification. For this, he needs the password. Every 30 seconds, Google Authenticator generates a 6-digit password using the TOTP (Time-based One Time Password) algorithm. Bob uses the password to enter the website. <br><br> Steps 3 and 4: The frontend sends the password Bob enters to the backend for authentication. The authentication service reads the secret key from the database and generates a 6-digit password using the same TOTP algorithm as the client. <br><br> Step 5: The authentication service compares the two passwords generated by the client and the server, and returns the comparison result to the frontend. Bob can proceed with the login process only if the two passwords match. <br><br> https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-authenticators-work/ |
| the service provider associating a prior authentication service identifier for the client with a prior service provider identifier for the client; | The accused instrumentality discloses the service provider (e.g., the accused instrumentality) associating a prior authentication service identifier (e.g., an identifier) for the client (e.g., a user of the accused instrumentality) with a prior service provider identifier (e.g., login credentials such as email, phone number, etc.) for the client (e.g., a user of the accused instrumentality). <br><br> The accused instrumentality allows a user to create its account on the platform of the accused instrumentality. It implements two-factor authentication for secure access to the user account. The two-factor authentication process requires a client such as Datto partner portal, etc., a service provider, an authenticator app and an authentication service. |



https://auth.datto.com/login

# Two-factor authentication



⌄ Security and navigation

## About two-factor authentication

Two-factor authentication (2FA) is a security process in which a second level of authentication is added to the account login credentials. Both factors of authentication must be used and must be entered correctly in order to establish the person's identity beyond doubt. The two factors may include the following:

- Something that the user possesses, such as a token, card, or key.
- Something that the user knows, such as an email address, password, or PIN.
- Something that is inseparable from the user, such as fingerprint, iris, or voice identification.

https://rmm.datto.com/help/en/Content/3NEWUI/Setup/TwoFactorAuthentication.htm

## Requirements

- 2FA requires login credentials (email and password) and a one-time password (OTP) issued by a 2FA token-generating application.
- A 2FA token-generating application such as Google Authenticator (Android and iOS) must be installed on your smartphone or tablet.

https://rmm.datto.com/help/en/Content/3NEWUI/Setup/TwoFactorAuthentication.htm

Set up 2FA

1. Navigate to **Setup > My Settings**.

2. Click the **View in Partner Portal** button in the upper-right corner of the **My Settings** page. The **User Settings** page in Datto Partner Portal will open.



3. In the **Two-Factor Authentication** section, click **Configure**.

https://rmm.datto.com/help/en/Content/3NEWUI/Setup/TwoFactorAuthentication.htm

The accused instrumentality induces use of an authenticator app for the two-factor authentication.

3. In the **Two-Factor Authentication** section, click **Configure**.

4. From the list of default options in the **Choose your authenticator app** drop-down menu, select the third-party authenticator app of your choice or **Other**. If you select **Other**, enter the name of the app in the **Authenticator** field that appears.

5. Use the app you selected to scan the QR code shown on the page.



6. In the **Verification Code** field, enter the verification code the app provides.

7. When finished with the 2FA setup, click **Enable 2FA**.

8. You will receive a message confirming the authenticator was configured successfully.

9. To confirm 2FA has been set up correctly, log out of Datto RMM and log back in. Once you have entered your credentials, you will see a page asking for the 2FA token that your app will generate. Enter the token and click **Authenticate**.

https://rmm.datto.com/help/en/Content/3NEWUI/Setup/TwoFactorAuthentication.htm



https://rmm.datto.com/help/en/Content/3NEWUI/Setup/TwoFactorAuthentication.htm

As shown below, when the user registers for two-factor authentication, the accused instrumentality, i.e., the service provider, requests an authentication service to register the user using its information such as email, phone number, etc. The authentication service registers the user and generates an identifier (e.g., authentication service identifier) and a URI with a secure key (e.g., one-time password). The authentication service stores the secure key along with the identifier (e.g., authentication service identifier) generated for the user. The user stores the secure key received through the URI, using an authenticator application.



https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c



https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c

- **Authentication Server:** Manages user accounts and validates credentials

- **TOTP Generator Service:** Handles time-based code generation and validation

- **Client Application:** Simulates the authenticator app experience

- **Database Layer:** Stores user data and connection information securely

https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c

**User Registration and Secret Generation**

When a user creates an account, several important security measures are put in place:

```
var realUser = new User
{
    Email = user.Email,
    Password = user.Password,
    Name = user.Name,
    ActivationKey = Base32Encoding.ToString(KeyGeneration.GenerateRandomKey(20))
    Active = 1,
    SignedIn = 0,
    SignedInValidated = 0
};
```

client moniker

Password

The `ActivationKey` is the cornerstone of our 2FA system. This randomly generated 20-byte key serves as the shared secret between our server and the user's authenticator app. Both sides use this same key to generate identical TOTP codes, ensuring synchronization.

https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c



Creating a new connection

https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c



Stage 1 - User enables two-step authentication service

https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-authenticators-work/

## Stage 1

Steps 1 and 2: Bob opens the web page to enable two-step verification. The front end requests a secret key. The authentication service generates the secret key for Bob and stores it in the database.

Step 3: The authentication service returns a URI to the frontend. The URI is composed of a key issuer, username, and secret key. The URI is displayed in the form of a QR code on the web page.

https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-

| | |
|---|---|
| | authenticators-work/ |
| the service provider receiving from the client a service provider identifier for the client and a one-time password from the client to use in authenticating the client through the authentication service, wherein the authentication service sent the one-time password to the client in exchange for a client moniker; | The accused instrumentality discloses the service provider (e.g., the accused instrumentality) receiving from the client a service provider identifier (e.g., login credentials such as email, phone number, etc.) for the client (e.g., a user of the accused instrumentality) and a one-time password (e.g., secure key) from the client (e.g., a user of the accused instrumentality) to use in authenticating the client (e.g., a user of the accused instrumentality) through the authentication service, wherein the authentication service sent the one-time password (e.g., secure key) to the client (e.g., a user of the accused instrumentality) in exchange for a client moniker (e.g., client information such as email, phone, etc.). <br><br> The accused instrumentality allows a user to create its account on the platform of the accused instrumentality. It implements two-factor authentication for secure access to the user account. The two-factor authentication process requires a client such as Datto partner portal, etc., a service provider, an authenticator app and an authentication service. |



https://auth.datto.com/login

# Two-factor authentication



⌄ Security and navigation

## About two-factor authentication

Two-factor authentication (2FA) is a security process in which a second level of authentication is added to the account login credentials. Both factors of authentication must be used and must be entered correctly in order to establish the person's identity beyond doubt. The two factors may include the following:

- Something that the user possesses, such as a token, card, or key.
- Something that the user knows, such as an email address, password, or PIN.
- Something that is inseparable from the user, such as fingerprint, iris, or voice identification.

https://rmm.datto.com/help/en/Content/3NEWUI/Setup/TwoFactorAuthentication.htm

## Requirements

- 2FA requires login credentials (email and password) and a one-time password (OTP) issued by a 2FA token-generating application.
- A 2FA token-generating application such as Google Authenticator (Android and iOS) must be installed on your smartphone or tablet.

https://rmm.datto.com/help/en/Content/3NEWUI/Setup/TwoFactorAuthentication.htm

Set up 2FA

1. Navigate to **Setup > My Settings**.

2. Click the **View in Partner Portal** button in the upper-right corner of the **My Settings** page. The **User Settings** page in Datto Partner Portal will open.



3. In the **Two-Factor Authentication** section, click **Configure**.

https://rmm.datto.com/help/en/Content/3NEWUI/Setup/TwoFactorAuthentication.htm

The accused instrumentality induces use of an authenticator app for the two-factor authentication.

3. In the **Two-Factor Authentication** section, click **Configure**.

4. From the list of default options in the **Choose your authenticator app** drop-down menu, select the third-party authenticator app of your choice or **Other**. If you select **Other**, enter the name of the app in the **Authenticator** field that appears.

5. Use the app you selected to scan the QR code shown on the page.



6. In the **Verification Code** field, enter the verification code the app provides.

7. When finished with the 2FA setup, click **Enable 2FA**.

8. You will receive a message confirming the authenticator was configured successfully.

9. To confirm 2FA has been set up correctly, log out of Datto RMM and log back in. Once you have entered your credentials, you will see a page asking for the 2FA token that your app will generate. Enter the token and click **Authenticate**.

https://rmm.datto.com/help/en/Content/3NEWUI/Setup/TwoFactorAuthentication.htm



https://rmm.datto.com/help/en/Content/3NEWUI/Setup/TwoFactorAuthentication.htm

As shown below, when the user registers for two-factor authentication, the accused instrumentality, i.e., the service provider, requests an authentication service to register the user using its information such as email, phone number, etc. The authentication service registers the user and generates an identifier (e.g., authentication service identifier) and a URI with a secure key (e.g., one-time password). The authentication service stores the secure key along with the identifier (e.g., authentication service identifier) generated for the user. The user stores the secure key received through the URI, using an authenticator application.

Further, when the user wants to log in to the platform of the accused instrumentality, i.e., the service provider, it provides an authentication code derived from the secure key (e.g., one-

time password) along with its login credentials. The service provider verifies the login credentials and forwards the authentication code to the authentication service. The authentication service checks the authentication code derived from the secure key and verifies it against the stored secure key for the user. The authentication service informs the service provider of the validation results, and upon confirmation, provides the identifier (e.g., authentication service identifier) stored for the user. The service provider, upon receiving the confirmation response, grants access to the user.



https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c



https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c

- **Authentication Server:** Manages user accounts and validates credentials

- **TOTP Generator Service:** Handles time-based code generation and validation

- **Client Application:** Simulates the authenticator app experience

- **Database Layer:** Stores user data and connection information securely

https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c

**User Registration and Secret Generation**

When a user creates an account, several important security measures are put in place:

```
var realUser = new User
{
    Email = user.Email,
    Password = user.Password,
    Name = user.Name,
    ActivationKey = Base32Encoding.ToString(KeyGeneration.GenerateRandomKey(20))
    Active = 1,
    SignedIn = 0,
    SignedInValidated = 0
};
```

client moniker

Password

The `ActivationKey` is the cornerstone of our 2FA system. This randomly generated 20-byte key serves as the shared secret between our server and the user's authenticator app. Both sides use this same key to generate identical TOTP codes, ensuring synchronization.

https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c



Creating a new connection

https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c



Stage 1 - User enables two-step authentication service

https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-authenticators-work/

## Stage 1

Steps 1 and 2: Bob opens the web page to enable two-step verification. The front end requests a secret key. The authentication service generates the secret key for Bob and stores it in the database.

Step 3: The authentication service returns a URI to the frontend. The URI is composed of a key issuer, username, and secret key. The URI is displayed in the form of a QR code on the web page.

https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-

| | authenticators-work/ |
|---|---|
| | **Stage 2**<br><br>Steps 1 and 2: Bob wants to log into a website with Google two-step verification. For this, he needs the password. Every 30 seconds, Google Authenticator generates a 6-digit password using the TOTP (Time-based One Time Password) algorithm. Bob uses the password to enter the website.<br><br>Steps 3 and 4: The frontend sends the password Bob enters to the backend for authentication. The authentication service reads the secret key from the database and generates a 6-digit password using the same TOTP algorithm as the client.<br><br>Step 5: The authentication service compares the two passwords generated by the client and the server, and returns the comparison result to the frontend. Bob can proceed with the login process only if the two passwords match.<br><br>https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-authenticators-work/ |
| the service provider verifying that the service provider identifier received from the client matches the prior service provider identifier, and represents a valid service provider identifier; | The accused instrumentality discloses the service provider (e.g., the accused instrumentality) verifying that the service provider identifier (e.g., login credentials such as email, phone number, etc.) received from the client (e.g., a user of the accused instrumentality) matches the prior service provider identifier (e.g., login credentials such as email, phone number, etc.) and represents a valid service provider identifier (e.g., login credentials such as email, phone number, etc.).<br><br>The accused instrumentality allows a user to create its account on the platform of the accused instrumentality. It implements two-factor authentication for secure access to the user account. A first factor of the two-factor authentication is the user login credentials such as email, password, phone, etc., which is validated at a service provider i.e., the accused instrumentality and a second factor is an authentication code derived from a secure key which |

is validated at an authentication service.



https://auth.datto.com/login

# Two-factor authentication



∨ Security and navigation

## About two-factor authentication

Two-factor authentication (2FA) is a security process in which a second level of authentication is added to the account login credentials. Both factors of authentication must be used and must be entered correctly in order to establish the person's identity beyond doubt. The two factors may include the following:

- Something that the user possesses, such as a token, card, or key.
- Something that the user knows, such as an email address, password, or PIN.
- Something that is inseparable from the user, such as fingerprint, iris, or voice identification.

https://rmm.datto.com/help/en/Content/3NEWUI/Setup/TwoFactorAuthentication.htm

## Requirements

- 2FA requires login credentials (email and password) and a one-time password (OTP) issued by a 2FA token-generating application.
- A 2FA token-generating application such as Google Authenticator (Android and iOS) must be installed on your smartphone or tablet.

https://rmm.datto.com/help/en/Content/3NEWUI/Setup/TwoFactorAuthentication.htm

Set up 2FA

1. Navigate to **Setup > My Settings**.

2. Click the **View in Partner Portal** button in the upper-right corner of the **My Settings** page. The **User Settings** page in Datto Partner Portal will open.



3. In the **Two-Factor Authentication** section, click **Configure**.

https://rmm.datto.com/help/en/Content/3NEWUI/Setup/TwoFactorAuthentication.htm

The accused instrumentality induces use of an authenticator app for the two-factor authentication.

3. In the **Two-Factor Authentication** section, click **Configure**.

4. From the list of default options in the **Choose your authenticator app** drop-down menu, select the third-party authenticator app of your choice or **Other**. If you select **Other**, enter the name of the app in the **Authenticator** field that appears.

5. Use the app you selected to scan the QR code shown on the page.



6. In the **Verification Code** field, enter the verification code the app provides.

7. When finished with the 2FA setup, click **Enable 2FA**.

8. You will receive a message confirming the authenticator was configured successfully.

9. To confirm 2FA has been set up correctly, log out of Datto RMM and log back in. Once you have entered your credentials, you will see a page asking for the 2FA token that your app will generate. Enter the token and click **Authenticate**.

https://rmm.datto.com/help/en/Content/3NEWUI/Setup/TwoFactorAuthentication.htm



https://rmm.datto.com/help/en/Content/3NEWUI/Setup/TwoFactorAuthentication.htm

| | |
|---|---|
| | Two-factor authentication (2FA), sometimes referred to as *two-step verification* or *dual-factor authentication*, is a security process in which users provide two different authentication factors to verify themselves.<br><br>2FA is implemented to better protect both a user's credentials and the resources the user can access. It's typically used as part of a broader effort to prevent data breaches and the potential loss of personal data.<br><br>Two-factor authentication provides a higher level of security than authentication methods that depend on single-factor authentication. With SFA, the user provides only one authenticating factor, typically a password or passcode. Two-factor authentication methods rely on a user providing a password as the first factor and a second factor that's different from the initial factor, usually either a security token or a biometric factor such as a fingerprint or facial scan.<br><br>https://www.techtarget.com/searchsecurity/definition/two-factor-authentication |
| the service provider sending the one-time password to the authentication service in order to receive a client authentication service identifier from the authentication | The accused instrumentality discloses the service provider sending the one-time password (e.g., secure key) to the authentication service in order to receive a client authentication service identifier from the authentication service and identifying that a received authentication service identifier for the client matches the prior authentication service identifier for the client associated with the service provider identifier for the client at the service provider.<br><br>The accused instrumentality allows a user to create its account on the platform of the accused instrumentality. It implements two-factor authentication for secure access to the user account. The two-factor authentication process requires a client such as Datto partner portal, etc., a service provider, an authenticator app and an authentication service. |

| | |
|---|---|
| service; identifying that a received authentication service identifier for the client matches the prior authentication service identifier for the client associated with the service provider identifier for the client at the service provider. | <br><br>https://auth.datto.com/login |

# Two-factor authentication



⌄ Security and navigation

## About two-factor authentication

Two-factor authentication (2FA) is a security process in which a second level of authentication is added to the account login credentials. Both factors of authentication must be used and must be entered correctly in order to establish the person's identity beyond doubt. The two factors may include the following:

- Something that the user possesses, such as a token, card, or key.
- Something that the user knows, such as an email address, password, or PIN.
- Something that is inseparable from the user, such as fingerprint, iris, or voice identification.

https://rmm.datto.com/help/en/Content/3NEWUI/Setup/TwoFactorAuthentication.htm

## Requirements

- 2FA requires login credentials (email and password) and a one-time password (OTP) issued by a 2FA token-generating application.
- A 2FA token-generating application such as Google Authenticator (Android and iOS) must be installed on your smartphone or tablet.

https://rmm.datto.com/help/en/Content/3NEWUI/Setup/TwoFactorAuthentication.htm

Set up 2FA

1. Navigate to **Setup > My Settings**.

2. Click the **View in Partner Portal** button in the upper-right corner of the **My Settings** page. The **User Settings** page in Datto Partner Portal will open.



3. In the **Two-Factor Authentication** section, click **Configure**.

https://rmm.datto.com/help/en/Content/3NEWUI/Setup/TwoFactorAuthentication.htm

The accused instrumentality induces use of an authenticator app for the two-factor authentication.

3. In the **Two-Factor Authentication** section, click **Configure**.

4. From the list of default options in the **Choose your authenticator app** drop-down menu, select the third-party authenticator app of your choice or **Other**. If you select **Other**, enter the name of the app in the **Authenticator** field that appears.

5. Use the app you selected to scan the QR code shown on the page.



6. In the **Verification Code** field, enter the verification code the app provides.

7. When finished with the 2FA setup, click **Enable 2FA**.

8. You will receive a message confirming the authenticator was configured successfully.

9. To confirm 2FA has been set up correctly, log out of Datto RMM and log back in. Once you have entered your credentials, you will see a page asking for the 2FA token that your app will generate. Enter the token and click **Authenticate**.

https://rmm.datto.com/help/en/Content/3NEWUI/Setup/TwoFactorAuthentication.htm



https://rmm.datto.com/help/en/Content/3NEWUI/Setup/TwoFactorAuthentication.htm

As shown below, when the user registers for two-factor authentication, the accused instrumentality, i.e., the service provider, requests an authentication service to register the user using its information such as email, phone number, etc. The authentication service registers the user and generates an identifier (e.g., authentication service identifier) and a URI with a secure key (e.g., one-time password). The authentication service stores the secure key along with the identifier (e.g., authentication service identifier) generated for the user. The user stores the secure key received through the URI, using an authenticator application.

Further, when the user wants to log in to the platform of the accused instrumentality, i.e., the service provider, it provides an authentication code derived from the secure key (e.g., one-

time password) along with its login credentials. The service provider verifies the login credentials and forwards the authentication code to the authentication service. The authentication service checks the authentication code derived from the secure key and verifies it against the stored secure key for the user. The authentication service informs the service provider of the validation results, and upon confirmation, provides the identifier (e.g., authentication service identifier) stored for the user. The service provider, upon receiving the confirmation response, grants access to the user.



https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c



https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c

- **Authentication Server:** Manages user accounts and validates credentials

- **TOTP Generator Service:** Handles time-based code generation and validation

- **Client Application:** Simulates the authenticator app experience

- **Database Layer:** Stores user data and connection information securely

https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c

**User Registration and Secret Generation**

When a user creates an account, several important security measures are put in place:

```
var realUser = new User
{
    Email = user.Email,
    Password = user.Password,
    Name = user.Name,
    ActivationKey = Base32Encoding.ToString(KeyGeneration.GenerateRandomKey(20))
    Active = 1,
    SignedIn = 0,
    SignedInValidated = 0
};
```

client moniker

Password

The `ActivationKey` is the cornerstone of our 2FA system. This randomly generated 20-byte key serves as the shared secret between our server and the user's authenticator app. Both sides use this same key to generate identical TOTP codes, ensuring synchronization.

https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c



Creating a new connection

https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c



Stage 1 - User enables two-step authentication service

https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-authenticators-work/

## Stage 1

Steps 1 and 2: Bob opens the web page to enable two-step verification. The front end requests a secret key. The authentication service generates the secret key for Bob and stores it in the database.

Step 3: The authentication service returns a URI to the frontend. The URI is composed of a key issuer, username, and secret key. The URI is displayed in the form of a QR code on the web page.

https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-

authenticators-work/

**Stage 2**

Steps 1 and 2: Bob wants to log into a website with Google two-step verification. For this, he needs the password. Every 30 seconds, Google Authenticator generates a 6-digit password using the TOTP (Time-based One Time Password) algorithm. Bob uses the password to enter the website.

Steps 3 and 4: The frontend sends the password Bob enters to the backend for authentication. The authentication service reads the secret key from the database and generates a 6-digit password using the same TOTP algorithm as the client.

Step 5: The authentication service compares the two passwords generated by the client and the server, and returns the comparison result to the frontend. Bob can proceed with the login process only if the two passwords match.

https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-authenticators-work/